**Order entered January 27, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01138-CR
No. 05-13-01139-CR
**KENNETH PAUL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-80745-2011, 380-80746-2011**

## ORDER

The Court **REINSTATES** the appeals.

On January 10, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is represented by retained counsel Jeremy Rosenthal; (3) the records were not filed because appellant, who was previously found not indigent did not pay for the records; (4) the trial court has now found appellant indigent and entitled to proceed without payment for the records; (5) the clerk's record can be filed by February 28, 2014; and (6) Karla Kimbrell and Robyn Rodriguez are the court reporters who recorded the proceedings. We **DO NOT ADOPT** the finding that the reporter's record cannot be filed until April 25, 2014.

We **ORDER** the Collin County District Clerk to file the clerk's records in these appeals by **FEBRUARY 28, 2014**.

We **ORDER** Karla Kimbrell, as official court reporter of the 380th Judicial District Court, to coordinate the filing of the complete reporter's record by **MARCH 25, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karla Kimbrell, official court reporter, 380th Judicial District Court; Robyn Rodriguez, court reporter; the Collin County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE